**UNITED STATES of America, Plaintiff–Appellee**

v.

**Christopher Jerome TUCKER, also known as Christopher L. Tucker, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee**

v.

**Christopher Jerome Tucker, Defendant–Appellant.**

**Nos. 13–10666, 13–10649 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Christopher Allen Curtis, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Christopher Jerome Tucker, New Boston, TX, pro se.

Before DAVIS, CLEMENT and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Christopher Jerome Tucker has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Tucker has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.